**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Civil Action No. 1:24-cv-10333-NMG**

ANTHONY MAZZA,

      Plaintiff,

v.

CITY OF BOSTON, FRANK J. OLBRYS,
EDWARD KENNEALY, JOHN SPENCER,
JOHN T. MURRAY, JAMES MALAMPHY,
JEROME P. MCCALLUM, GEORGE H.
WHITLEY, EDWARD SHERRY, and
UNKNOWN OFFICERS OF THE BOSTON
POLICE DEPARTMENT, in their individual
capacities,

      Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(l)(A)(ii), the City of Boston and Anthony

Mazza, being all of the parties that have appeared in the above-captioned matter, stipulate that all

claims in this civil action against all parties be dismissed with prejudice, with each party to bear

their own attorneys' fees and costs and waiving all rights of appeal.

Respectfully submitted,
**ANTHONY MAZZA**,
By his attorneys,


/s/ John H. Cunha Jr._____
John H. Cunha Jr. (B.B.O. No. 108580)
Helen Holcomb (B.B.O. No.547538)
Charles Allan Hope (B.B.O. No. 634731)
CUNHA & HOLCOMB, P.C.
1 State Street, Suite 500
Boston, MA 02109-3507
(617) 523-4300
cunha@cunhaholcomb.com
holcomb@cunhaholcomb.com
hope@cunhaholcomb.com

**CITY OF BOSTON**,
By its attorney:

ADAM CEDERBAUM
Corporation Counsel


/s/ Edward F. Whitesell, Jr.
Edward F. Whitesell, Jr.
B.B.O. No.644331
Senior Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4045
edward.whitesell@boston.gov

Dated:  July 17, 2026

## Certificate of Service

I, John H. Cunha, Jr., hereby certify that on July 17, 2026, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.


/s/ John H. Cunha, Jr._____
John H. Cunha, Jr.

2